JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

ANUJ KULBIR SINGH,
Petitioner,
v.
FERETI SEMAIA, et al.,
Respondents.

Case No. 5:26-cv-06371-MBK

JUDGMENT

Pursuant to the Court's Order Granting Petition for Habeas Corpus, IT IS ADJUDGED that the Petition is GRANTED.

Dated: November 5, 2026

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE